IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE NATIONAL COURT OF FIRST INSTANCE IN CIVIL MATTERS NO. 30 IN BUENOS AIRES, ARGENTINA<br><br>IN THE MATTER OF *MATTER OF LICIA CARLA ARZANI*, FOREIGN REF. NO. 2711/2023 | Case No. 8:26CV208<br><br>**ORDER** |

The United States of America submitted its Application for Order, pursuant to 28 U.S.C. § 1782(a), to execute a Letter of Request from judicial authorities in Argentina for international judicial assistance to obtain certain records from Axos Clearing, LLC. Filing No. 1.

WHEREAS, the United States, by its counsel, on behalf of the National Court of First Instance in Civil Matters No. 30 in Buenos Aires, Argentina, in the matter of *Matter of Licia Carla Arzani,* Foreign Ref. No. 2711/2023, through its Application pursuant to 28 U.S.C. § 1782(a), is seeking to obtain financial records from Axos Clearing, LLC, for use in connection with a judicial proceeding in the Argentine National Court of First Instance in Civil Matters No. 30 in Buenos Aires, Argentina; and

WHEREAS upon review of the Letter of Request issued by the Argentine National Court of First Instance in Civil Matters No. 30 in Buenos Aires, Argentina, in the matter of *Matter of Licia Carla Arzani,* Foreign Ref. No. 2711/2023, seeking evidence from a person/company that can be found within the jurisdiction of this Court for use in said judicial proceedings in Argentina, and the Court being fully informed in the premises,

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a), that United States' Application, Filing No. 1, is granted, and Shereece Dendy-Sanders, Assistant United States Attorney for the U.S. Department of Justice, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Axos Clearing, LLC for transmission to the Office of the United States Attorney for the District of Nebraska and to do all else that may be necessary for the accomplishment of the purpose of this Order. Upon receipt, the evidence will be sent to the Department of Justice, Civil Division, Office of International Judicial Assistance for transmission to the National Court of First Instance in Civil Matters No. 30 in Buenos Aires, Argentina, in the matter of *Matter of Licia Carla Arzani*, Foreign Ref. No. 2711/2023.

IT IS FURTHER ORDERED that the Commissioner shall provide Axos Clearing, LLC located in Omaha, Nebraska with a copy of this Order and the accompanying documents.

Dated this 8th day of May, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

2